IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H2L2 ARCHITECTS/PLANNERS, LLC, : | | |
| Plaintiff, : | CIVIL ACTION | |
| : | | |
| v. : | | |
| : | | |
| TOWER INVESTMENTS, INC, : | No. 12-6927 | |
| Defendant. : | | |

## ORDER

**AND NOW,** this **31st** day of **January, 2013**, upon consideration of Defendant's Motion to Dismiss Count IV and Count V of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff's response thereto[1], and for the reasons provided in this Court's Memorandum dated January 31, 2013, it is hereby **ORDERED** that the motion (Document No. 5) is **DENIED**.

BY THE COURT:

_____
Berle M. Schiller, J.

---

[1] Plaintiff filed its response to Defendant's motion late. Local Rule 7.1(c) affords parties fourteen days to respond to a motion to dismiss.