IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H2L2 ARCHITECTS/PLANNERS, LLC, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOWER INVESTMENTS, INC. | : | NO.   12-6927 |
| | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 4th day of *August*, 2014, upon consideration of Plaintiff H2L2's Motion for Partial Summary Judgment (Docket No. 22), Defendant Tower Investments, Inc.'s Response in Opposition thereto (Docket No. 25), Plaintiff's Reply Brief in Support of Motion for Partial Summary Judgment (Docket No. 28), Defendant's Motion for Leave to File Cross-Motion for Summary Judgment Out of Time (Docket No. 35), Plaintiff's Response in Opposition thereto (Docket No. 37), and Defendant's Reply Brief in Support of Cross-Motion for Summary Judgment (Docket No. 38), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment is **DENIED.**

2. Defendant's Cross-Motion for Summary Judgment is **DENIED.**

3. A **STATUS CONFERENCE** will be held on <u>Wednesday, August 13, at 2:00 P.M.</u> in the Chambers of the Undersigned.

                                                BY THE COURT:

                                                *s/ Ronald L. Buckwalter*
                                                RONALD L. BUCKWALTER, S.J.